934

No. 577, Misc. WILLIAMS *v.* EIDSON, WARDEN. Supreme Court of Missouri. Certiorari denied.

No. 578, Misc. WHITE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 589, Misc. NORDESTE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 600, Misc. SYKES *v.* TEETS, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 604. McKAY, SECRETARY OF THE INTERIOR, ET AL. *v.* CLACKAMAS COUNTY, OREGON, *ante,* p. 909. Rehearing denied.

MAY 23, 1955.

No. 623. NATIONAL BANK OF DETROIT *v.* DEPARTMENT OF REVENUE OF MICHIGAN. Appeal from the Supreme Court of Michigan. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. *Edward P. Wright* for appellant. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellee.